# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00159 |
| DONISHA LAVETTE BUTLER, | ) Assigned To: Judge Upadhyaya. Moxila A. |
| TERRANCE DOMONICK WILSON, | ) Assign. Date: 8/21/2025 |
| *Defendant(s)* | ) Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __8/19/2025__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

*Code Section*
DONISHA BUTLER:
18 U.S.C. § 111(a)(1)

*Offense Description*
did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony).

*Code Section*
TERRANCE WILSON:
18 U.S.C. § 111(a)(1)

*Offense Description*
did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties (felony).

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/21/2025

_____
*Judge's signature*

City and state: Washington, D.C.   Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*