## STATEMENT OF FACTS

On August 19, 2025, at around 8:20 p.m., pursuant to President Trump's March 28, 2025, Executive Order, "Making the District of Columbia Safe and Beautiful" and August 11, 2025, Executive Order, "Declaring a Crime Emergency in the District of Columbia" deploying Metropolitan Police Department ("MPD") officers for federal purposes under D.C. Code § 1-207.40, MPD officers, along with agents from the Drug Enforcement Administration, Federal Bureau of Investigation, Bureau of Alcohol, Tobacco, Firearms, and Explosives, and Homeland Security Investigations were patrolling in the area of the 3400 block of Stanton Road, SE, Washington, D.C. Officers were in the area in reference to possible fireworks and sounds of gunshots.

During the patrol, law enforcement encountered an uncooperative and disorderly crowd. Officers attempted to maintain order and gave several verbal commands to individuals to back up while MPD officers conducted a stop unrelated to the instant complaint. As Officer Leonardo Bell was instructing individuals to move back, Defendant Terrance Wilson ("Wilson") struck Officer Bell with Wilson's elbow making physical contact with Officer Bell. Wilson then fled but was quickly apprehended and placed under arrest. Approximately six minutes later, while Wilson was in custody in a marked MPD cruiser, Donisha Butler ("Butler") moved toward the cruiser in order to retrieve a sweatshirt that Wilson did not want. MPD Officer Daniel Lingham instructed Butler to back up and was physically moving her back when she struck Officer Lingham in the face with her hand, making physical contact with Officer Lingham. Butler was then placed under arrest.

Wilson and Butler were transported to the MPD Seventh District for processing.

Based on the foregoing, I submit that there is probable cause to believe that Wilson (DOB ▮▮▮▮▮▮▮▮▮▮) and Butler (DOB ▮▮▮▮▮▮▮▮▮▮) each committed violations of 18 U.S.C. § 111(a)(felony) by forcibly assaulting and making physical contact with Officers Bell and Lingham while they were engaged in or account of the performance of their official duties, respectively.

_____
SPECIAL AGENT CHARLES NEAGLE, JR.
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21st day of August, 2025.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE