# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 25-MJ-159 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 111(a)(1) |
| DONISHA BUTLER and | : | (Assaulting, Resisting, or Impeding |
| TERRANCE WILSON, | : | Certain Officers or Employees) |
| | : | |
| Defendants. | : | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about August 19, 2025, within the District of Columbia, **DONISHA BUTLER** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Metropolitan Police Department Officer Daniel Lingham, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

   (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of 18 U.S.C. § 111(a)(1))

## COUNT TWO

On or about August 19, 2025, within the District of Columbia, **TERRANCE WILSON** did unlawfully, knowingly, and intentionally forcibly assault, resist, oppose, impede, intimidate, or interfere with Metropolitan Police Department Officer Leonardo Bell, a person designated in section 1114 of Title 18, United States Code, while engaged in or on account of the performance of that person's official duties.

   (**Assaulting, Resisting, or Impeding Certain Officers or Employees**, in violation of 18 U.S.C. § 111(a)(1))

                              Respectfully submitted,

                              JEANINE FERRIS PIRRO
                              UNITED STATES ATTORNEY

By:     */s/ Solomon S. Eppel*
        SOLOMON S. EPPEL
        Assistant United States Attorney