## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 25-cr-256** |
| | **:** | |
| **DONISHA BUTLER and,** | **:** | |
| **TERRANCE WILSON,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

### GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States, by its undersigned counsel, respectfully moves for a one-week extension of time, to September 22, 2025, to file its response to the Defendants' motions to dismiss (ECF Nos. 16, 17). As grounds, the Government is seeking additional time to evaluate this matter and the issues raised in the Defendants' motions. Counsel for the Defendants do not object to this request. Further, counsel for Mr. Wilson has requested that any replies be due on September 26, 2025, and the Government does not object to this request.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Solomon S. Eppel*
SOLOMON S. EPPEL
Assistant United States Attorney
D.C. Bar No. 1046323
601 D Street, NW
Washington, D.C. 20530