UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 25-CR-256-TSC-ZMF |
| v. | : | |
| | : | |
| DONISHA BUTLER and | : | |
| TERRANCE WILSON, | : | |
| | : | |
| Defendants. | : | |

## MOTION TO DISMISS WITH PREJUDICE

The United States of America hereby moves to dismiss this case as to both Defendants with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).[1]

WHEREFORE, the United States respectfully requests the Court enter an Order dismissing the instant case against both Defendants with prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:   /s/ Solomon S. Eppel
Solomon S. Eppel
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, D.C. 20530

---

[1] After the United States sought to dismiss this case without prejudice, Defendant Wilson filed a motion to dismiss with prejudice. See ECF No. 23. The United States does not oppose that motion, but given that Defendant Butler did not file her own motion to dismiss with prejudice or join Defendant Wilson's motion, the United States is filing the instant motion rather than filing a response to Defendant Wilson's motion to dismiss with prejudice.

1